FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -3 PM 3:46

LORETTA G. WHYTE
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Anthony Joseph Graffia Sr
(Enter above the full name of the plaintiff in this action.)

CIVIL ACTION
NO. 05-1634
SECTION SECT. C MAG. 1

versus

HARRY LEE Sheriff of Jefferson Parish and Medical Department of J.P.C.C.
(Enter above the full name of the defendant or defendants in this action.)

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (X)

___ Fee paupu
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

Plaintiffs ______________________

______________________

Defendants ______________________

______________________

2. Court (if federal court, name of the district court; if state court, name the parish.)

______________________

3. Docket Number ______________________

4. Name of Judge to whom case was assigned ______________________

______________________

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

______________________

6. Approximate date of filing lawsuit ______________________

7. Approximate date of disposition ______________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?

Yes ( ) No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

______________________

______________________

______________________

II. Place of Present Confinement: Jefferson Parish

A. Is there a prisoner grievance procedure in this institution?

Yes (X) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is YES,

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. ______

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? Yes

D. If your answer is NO, explain why you have not done so: ______

III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Anthony Joseph Graffia

Address P.O. Box 388

Date of Birth 7-28-66

Prisoner Number 1000262015

Date of Arrest 3-15-04

Date of Conviction ______

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant Harry Lee is employed as Sheriff And Tax Collector at Jefferson Parish Correctional Center

C. Additional Defendants Medical department of Jefferson Parish Correctional Center

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I've complained numerous times to the medical Assitants and Ranking officers of J.P.C.C. About not getting my medication thats proscribed for me to take on a daily basic.. After fileing several complaints and grievances to medical and the correctional Administator Deputy Chief Glenn Jambon of J.P.C.C. About the matter.. I was told by the correct-ional Administator that the matter would be looked into and would be sloved As of this date and time I still don't get my medication like it was proscribed for me (see attach sheets)

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I wish to be payed the sum of $100,000.00 for inadequate medical attention
$100,000.00 for the unsanitary living conditions
$50,000.00 for pain & suffering
$50.000.00 for mentel anguish & cruel and un-usual punishment or released from J.P.C.C..

to take Since my incarceration of 3-15-04 Till 7-26-04 I've have missed my med's 5-04 on 1st 2nd 5th 8th 9th 10th 26th on 6-04 I've missed 2nd 3rd 13th 14th 15th 17th 18th 19th 23rd 24th 25th 26th 28th 29th on 7-04 1st 2nd 4th 5th 8th 10th 11th 12th 13th 16th 19th 22nd on 7-26-04 I was Transfred to Another facility for 98 days Then I was Transfred back to J.P.C.C. with my re-Turn on 11-04 I got back on my medication on the 9th and no medication on the 10th 14th 25th 12-04 1st 13th As of 1-05 9th 23rd 25th 26th 2-05 1st 2nd 5th 6th 10th 11th 12th 13th 17th 20th 26th 3-05 18th 19th 23rd 25th 26th 27th 4-05 4th 10th 11th I was Told by the Correctional Administator that my medication was on the medical cart and if it wasn't I was to complain to the medical Assitant About the matter I've done this several Times with No Avail....

My Constitutional Rights or being violated for The unsanitary living Conditions here at J.P.C.C. A Inmate is forced to drink water out of The facebowl That people shave, spit, wash hands and brush theet in... There or no water Cooler or drinking fountains for a Inmate to Drink Frash water From

# INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. DO NOT file duplicate grievances. You will receive a response within thirty (30) days. If you do not receive a response within that time, you may file a request for grievance review within the following five (5) days.

Inmate's Name: Anthony Graffia

Date of Birth: 7-28-66

Housing Location: 4 DL 9A

Date of Incident: 5-25-04 / 6-2-04 / 6-3-04

Date Grievance Filed: 6-2-04

SUMMARY OF COMPLAINT:

I have not been getting my psyc medication that the Doctor prescribed for me to take at night so I could sleep, also for depression.

STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER
(Failure to complete this section will result in denial of grievance)

Filled out several sick call request to medical, complaning to them about me not getting my medication and they tell me they Don't know why I'm not getting it.

Name of personnel involved: Medical Department.

Name & Location of witnesses:

I authorize the JPCC Medical Department to release to the first responder any & all medical records relating to the factual basis of this grievance. Signed: Anthony Graffia
Inmate Signature

DO NOT WRITE BELOW THIS LINE:

Date Received: 6-4-04
Grievance # 6/4-04

Screened by: Dep. Chief Jambon

Type complaint: Medical

Accepted & referred to: Mimi Schultz

Policy & Procedure Challenged Yes / No

Hold pending decision on grievance # ____

REMARKS:

2004 JUN -4 AM 9:51

FOR ADMINISTRATIVE USE ONLY:

Returned: Obtain inmate receipt
____ multiple complaints: file separate Grievance
____ vague complaint
____ summarize complaint
____ other: Specify ____

Rejected: Obtain inmate receipt
____ Outside scope of procedure
____ Disciplinary appeal
____ Premature
____ Duplicate Grievance
____ Filed more than 30 days after event
____ Other Specify ____

INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE

Revised grievance must be re-filed within thirty (30) days of the event on, which is the basis for this grievance, whichever is later.

Date: ____

Inmate Signature ____

Copy 1 Administration Copy 2 Inmate Receipt Copy 3 Inmate

RESPONSE TO GRIEVANCE

7-1-2004
DATE

6-14-04
GRIEVANCE NUMBER

TO: Graffia, Anthony LOCATION: 4DL-9A

FROM: Medical Services - S. Arnold TITLE/POSITION/RANK R.N.

GRIEVANCE: ______ FOUNDED ✓ UNFOUNDED

REASONS: I have checked on your medication and it has been on refills for several days. You will, though, receive your medication tonight and the medical assistant will f/u with the pharmacy in the morning. If you should miss another dose, please ask to see the nurse.

ACTION TAKEN / RECOMMENDED (IF ANY): F/u with Pharmacy

DISPOSITION OF RECOMMENDATIONS: Return Grievance to I/m

DATE 7/1/2004 SIGNATURE S. Arnold, RN.

**INMATE RECEIPT**

IF YOU WISH FURTHER REVIEW OF YOUR GRIEVANCE YOU MUST SIGN THE BELOW REQUEST FOR ADMINISTRATIVE REVIEW AND SEND IT TO THE CORRECTIONAL ADMINISTRATOR WITHIN 5 DAYS OF RECEIPT OF THIS RESPONSE. YOU WILL RECEIVE THE ADMINISTRATOR'S DECISION WITHIN 60 DAYS OF FILING YOUR GRIEVANCE

SIGNATURE DATE INMATE

REQUEST FOR ADMINISTRATIVE REVIEW

I HEREBY REQUEST REVIEW BY THE ADMINISTRATOR OR HIS DESIGNEE.

DATE INMATE SIGNATURE

# INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. DO NOT file duplicate grievances. You will receive a response within thirty (30) days. If you do not receive a response within that time, you may file a request for grievance review within the following five (5) days.

Anthony Graffia#1000262015 — Inmate's Name
7-28-66 — Date of Birth
4G 11-A — Housing Location

1-15-05 — Date of Incident
1-19-05 — Date Grievance Filed

SUMMARY OF COMPLAINT:
On January 15th 2005 At app. 7:15pm medication was being Passed out. by medical assistant cosandra, with Sgt. movant. Supervisir after nurse cosandra gave me my medication that i take on daily basis. after i took my medication, i went and sat down at the table in the day Room To watch t.v. Sgt. movant came into the G pod and asked me what bed i slept in The he asked what locker was mine. Then he went through my locker looking for the cup i took my medication with.

STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER
(Failure to complete this section will result in denial of grievance)
asked medical assisant cosandra why wasent getting my daily medication. ar

Name of personnel involved: Sgt. movant, medical assistant cosandra also medical Department.

Name & Location of witnesses: The whole g-pod.

I authorize the JPCC Medical Department to release to the first responder any & all medical records relating to the factual basis of this grievance. Signed: Anthony Graffia
Inmate Signature

**DO NOT WRITE BELOW THIS LINE:**

Date Received: 01-20-2005
Grievance #: 1-5505
Screened by: MAJ GABA
Type complaint: MEDICAL
Accepted & referred to: ____
Policy & Procedure Challenged Yes / No
Hold pending decision on grievance # ____
REMARKS:

**FOR ADMINISTRATIVE USE ONLY:**

Returned: Obtain inmate receipt
____ multiple complaints: file separate Grievance
X vague complaint
____ summarize complaint
____ other: Specify ____

Rejected: Obtain inmate receipt
____ Outside scope of procedure
____ Disciplinary appeal
____ Premature
____ Duplicate Grievance
____ Filed more than 30 days after event
____ Other Specify ____

**INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE**

Revised grievance must be re-filed within thirty (30) days of the event on, which is the basis for this grievance, whichever is later.

Date: ____
Anthony Graffia
Inmate Signature

Copy 1 Administration Copy 2 Inmate Receipt Copy 3 Inmate

I told him i through it away. after seeing another cup in my locker he Took it and smelled it and looked in it. Then he asked me what did i do with my medication. I told him i take my medication every time the give's it to me. The next Day when medication was being passed out nurse assistant cosandra told me that Sgt. movant took me off my medication. I did'ent get my medaction that night or the next night. but on january 18, 2005 i Recived my medication that i was suppose to get every night for stress, also depression ect... Sgt. movant does not have the authorzatic to stop or take me off my medication.

On January 15th 2005, At APP 7:15 pm medication was being passed out by medical assistant cosandra. with sgt. movant. super-vising. after nurse cosandra gave me my medication that i take on a daily basis, after i took my medication, i went and sat Down at the table in the day Room to watch T.V., Sgt movant came into the G-Pod and asked me what bed i slept in. Then asked me what locker was mine. Then he went through my locker looking for the cup i took my medication with. I told him i through it away. after seeing another cup in my locker he took it and smelled and looked in it. then he asked me what did i do with my medication. I told him i take my medication every time the nurse give's it to me. The next day when medication was being passed out. nurse assistant cosandra told me that Sgt movant took me off my medication and i diden't get my medication that night oR the next Day either, but on January 18, 2005 i Recived my medication that i was suppose to get every night for my depression and stress. also ect... Sgt movant does not have the authorzation to stop or take me off my medication.

Copy 2 of 51

A.R.P. **INMATE GRIEVANCE FORM** **COPY**

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. DO NOT file duplicate grievances. You will receive a response within thirty (30) days. If you do not receive a response within that time, you may file a request for grievance review within the following five (5) days.

Inmate's Name: Anthony Graffia

Date of Birth: 7-28-66

Housing Location: 4-G 11-A

Date of Incident: 1/ 9th 16th 17th 23rd 25th 26th /05

Date Grievance Filed: 1-26-05

**SUMMARY OF COMPLAINT:**

I filed A grievance ON 6-2-04 For not getting my medication That was prescribed For me to take At Night, And The response to my grievance was That I would'nt miss Another dose, And if I did Ask to see the nurse And That A F/u with The pharmacy would find out what The problem was. And on the month of 7-04 I haven't gotten my medication 12 times ON July 26th I was Transfered to St-Bernard Parish For A probation violation And I had To stay there For 3 months ON 11-3-04 I was Transfred back To J.P.C.C. ON The 9th-04 I was put back on my medication Since Then I haven't been giving my medication 9 times ONCE 12-13-04 And 1-1-05 The 10th 16th 17th 23rd 25th 26th of 2005

**STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER**
**(Failure to complete this section will result in denial of grievance)**

Complained To The medical Assistants (Nurses) Several Times
Sent out Several Complaint And Requested Froms

Name of personnel involved: Medical Department.

Name & Location of witnesses: ____

I authorize the JPCC Medical Department to release to the first responder any & all medical records relating to the factual basis of this grievance. Signed: Anthony Graffia
Inmate Signature

**DO NOT WRITE BELOW THIS LINE:**

Date Received: 1-27-05
Grievance #: 1-73-05
Screened by: Dep. Chief [illegible]
Type complaint: Medical
Accepted & referred to: Susan Arnold
Policy & Procedure Challenged Yes / No
Hold pending decision on grievance # ____
REMARKS:

J.P.C.C. [illegible] PARISH [illegible] OFFICE 2005 JAN 27 AM 9:25

**FOR ADMINISTRATIVE USE ONLY:**

Returned:
____ Obtain inmate receipt
____ multiple complaints: file separate Grievance
____ vague complaint
____ summarize complaint
____ other: Specify ____

Rejected:
Obtain inmate receipt
____ Outside scope of procedure
____ Disciplinary appeal
____ Premature
____ Duplicate Grievance
____ Filed more than 30 days after event
____ Other Specify ____

JEFFERSON COMMUNITY CORRECTIONAL CENTER MEDICAL PROGRAM LLC 2005 JAN 27 AM 11:01

**INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE**

Revised grievance must be re-filed within thirty (30) days of the event on, which is the basis for this grievance, whichever is later.

Date: ____ Inmate Signature ____

Copy 1 Administration Copy 2 Inmate Receipt Copy 3 Inmate

COPY 1 of 1

# INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. DO NOT file duplicate grievances. You will receive a response within thirty (30) days. If you do not receive a response within that time, you may file a request for grievance review within the following five (5) days.

Inmate's Name: Anthony Graffia

Date of Birth: 7-28-66

Housing Location: 4-G 11-A

Date of Incident: 2-5-05 / 2-6-05

Date Grievance Filed: 2-6-05

SUMMARY OF COMPLAINT:
I've wrote several Grievances About not getting my medication To which nothing has Been done. ON 2-5-05 I Did not get my medication And I let it go, but ON 2-6-05 I Didnt get my medication Again And I Complained to medical Assistant Casandra, with no Avail medical Assistant Cosandra told me That medical Assistant Disshauna took me off my medication because I Never Took it A medical Assistant Doesn't have The Authority or Authorization to take Anyone off medication That was proscribed, They Are serpose to pass it out not Take you off it.

STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER
(Failure to complete this section will result in denial of grievance)
Complained to medical Assistant.

Name of personnel involved: medical Assistant Disshauna.

Name & Location of witnesses:

I authorize the JPCC Medical Department to release to the first responder any & all medical records relating to the factual basis of this grievance. Signed: Anthony Graffia
Inmate Signature

DO NOT WRITE BELOW THIS LINE:

Date Received: ______
Grievance # ______

Screened by: ______

Type complaint: ______

Accepted & referred to: ______

Policy & Procedure Challenged Yes / No

Hold pending decision on grievance # ____

REMARKS:

FOR ADMINISTRATIVE USE ONLY:

Returned: Obtain inmate receipt
______ multiple complaints: file separate Grievance
______ vague complaint
______ summarize complaint
______ other: Specify ______

Rejected: Obtain inmate receipt

______ Outside scope of procedure
______ Disciplinary appeal
______ Premature
______ Duplicate Grievance
______ Filed more than 30 days after event
______ Other Specify ______

INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE

Revised grievance must be re-filed within thirty (30) days of the event on, which is the basis for this grievance, whichever is later.

Date: ______

______ Inmate Signature

Copy 1 Administration Copy 2 Inmate Receipt Copy 3 Inmate

RESPONSE TO GRIEVANCE

2-12-2005 — DATE

1-73-05 — GRIEVANCE NUMBER

TO: Graffin, Anthony LOCATION: 4G- 11A

FROM: Medical Services - S. Arnold, TITLE/POSITION/RANK R.N.

GRIEVANCE: ______ FOUNDED ✓ UNFOUNDED

REASONS: After Careful Review Of Your Med Record And Your Chart, There Is Documentation Indicating That You Have Been Receiving Your Medication. But Again, If You Feel That You Are Not Getting The Appropriate Medication, Ask To Speak To The Nurse. Your Medication Is On The Med Cart And Available.

ACTION TAKEN / RECOMMENDED (IF ANY): None At This Time

DISPOSITION OF RECOMMENDATIONS: Return Grievance To Inmate.

DATE 2/12/2005 SIGNATURE S. Arnold. RN.

**INMATE RECEIPT**

IF YOU WISH FURTHER REVIEW OF YOUR GRIEVANCE YOU MUST SIGN THE BELOW REQUEST FOR ADMINISTRATIVE REVIEW AND SEND IT TO THE CORRECTIONAL ADMINISTRATOR WITHIN 5 DAYS OF RECEIPT OF THIS RESPONSE. YOU WILL RECEIVE THE ADMINISTRATOR'S DECISION WITHIN 60 DAYS OF FILING YOUR GRIEVANCE

SIGNATURE DATE INMATE

REQUEST FOR ADMINISTRATIVE REVIEW

I HEREBY REQUEST REVIEW BY THE ADMINISTRATOR OR HIS DESIGNEE.

DATE INMATE SIGNATURE

 Copy 1 of 2

# INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. DO NOT file duplicate grievances. You will receive a response within thirty (30) days. If you do not receive a response within that time, you may file a request for grievance review within the following five (5) days.

Anthony Graffia
**Inmate's Name**

7-28-66
**Date of Birth**

4 G, 11-A
**Housing Location**

3-31-05
**Date of Incident**

3-31-05
**Date Grievance Filed**

**SUMMARY OF COMPLAINT:** Ranking officers came up to the [illegible], told us to take our stuff off the petitions and bunks. The reason was that the metal was causing Staff infections, and if they came back up and found stuff hanging on the bunks or petitions we would be wrote up for it... We asked them where were we supposed to put our wet stuff, they told us that we had to put it in the locker or under the mattress, we told them that it would make no difference because it would still be on the metal... We also told them that being forced to drink out of the facebowls were [illegible] spit, wash hands, brush teeth is unsanitary and that we are more likely to get sick as well as a Staff infection. We were told to write the Correctional Administrator about this problem because there nothing they could do about it...

**STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER**
**(Failure to complete this section will result in denial of grievance)**

Inmates are only giving one (1) towle & facerag, if we had two (2) we could send one to the laundry everyday... Also that if we had at least a water cooler to drink fresh water out of we would likely be subject to these unsanitary living conditions

**Name of personnel involved:** ______________________

**Name & Location of witnesses:** ______________________

**I authorize the JPCC Medical Department to release to the first responder any & all medical records relating to the factual basis of this grievance. Signed:** Anthony Graffia
**Inmate Signature**

**DO NOT WRITE BELOW THIS LINE:**

Date Received: ________
Grievance # ________

Screened by: ________

Type complaint: ________

Accepted & referred to: ________

Policy & Procedure Challenged Yes / No

Hold pending decision on grievance # ____

REMARKS:

**FOR ADMINISTRATIVE USE ONLY:**

Returned: Obtain inmate receipt
________ multiple complaints: file separate Grievance
________ vague complaint
________ summarize complaint
________ other: Specify ________

Rejected: Obtain inmate receipt
________ Outside scope of procedure
________ Disciplinary appeal
________ Premature
________ Duplicate Grievance
________ Filed more than 30 days after event
________ Other Specify ________

**INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE**

Revised grievance must be re-filed within thirty (30) days of the event on, which is the basis for this grievance, whichever is later.

Date: ________ ________
Inmate Signature

Copy 1 Administration Copy 2 Inmate Receipt Copy 3 Inmate

# CIVIL COVER SHEET

05-1634

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.(a) PLAINTIFFS**

ANTHONY JOSEPH GRAFFIA, JR.

(b) County of Residence of First Listed Plaintiff:
**(Except in U.S.. Plaintiff Cases)**

**DEFENDANTS**

SECT. C MAG. 1

HARRY LEE SHERIFF OF JEFFERSON PARISH, ET AL

County of Residence of First Listed Defendant:
**(In U.S. Plaintiff Cases Only)**
**Note: In land condemnation cases, use the location of the tract of land involved.**

(c) Attorneys (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in one box only)

[ ] 1 U.S.Government Plaintiff
[ ] 2 U.S. Government Defendant
**[X] 3 Federal Question (U.S.Government Not a Party)**
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (Place an "X" in one box for plaintiff and one box for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated & Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an "X" in one box only)

[X ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (Specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (Place an "X" in one box only)

**CONTRACT**
[ ] 110 Insurance
[ ] 120 Marine
[ ] 130 Miller Act
[ ] 140 NegotiableInstrument
[ ] 150 Recovery of Overpayment & Enforcement Judgment
[ ] 151 Medicare Act
[ ] 152 Recovery ofDefaulted Student Loans (Excl. Veterans)
[ ] 153 Recovery of Overpayment of Veteran's Benefits
[ ] 160 Stockholders' Suits
[ ] 190 Other Contract
[ ] 195 Contract Product Liability

**TORTS**
**Personal Injury**
[ ] 310 Airplane
[ ] 315 Airplane Product Liability
[ ] 320 Assault Libel & Slander
[ ] 330 Federal Employers' Liability
[ ] 340 Marine
[ ] 345 Marine Product Liability
[ ] 350 Motor Vehicle
[ ] 355 Motor Vehicle Product Liability
[ ] 360 Other Personal Injury
**Personal Injury**
[ ] 362 Personal Injury - Med. Malpractice
[ ] 365 Personal Injury - Product Liability
[ ] 368 Asbestos Personal Injury Product Liability
**Personal Property**
[ ] 370 Other Fraud
[ ] 371 Truth in Lending
[ ] 380 Other Personal Property Damage
[ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
[ ] 610 Agriculture
[ ] 620 Other Food & Drug
[ ] 625 Drug Related Seizure of Property 21USC881
[ ] 630 Liquor Laws
[ ] 640 R.R. & Truck
[ ] 650 Airline Regs.
[ ] 660 Occupational Safety/Health
[ ] 690 Other

**BANKRUPTCY**
[ ] 422 Appeal 28 USC 158
[ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 Copyrights
[ ] 830 Patent
[ ] 840 Trademark

**OTHER STATUTES**
[ ] 400 State Reapportionment
[ ] 410 Antitrust
[ ] 430 Banks & Banking
[ ] 450 Commerce/ICC Rates/etc.
[ ] 460 Deportatiion
[ ] 470 RacketeerInfluenced & Corrupt Organizations
[ ] 810 Selective Service
[ ] 850 Securities/Commodities Exchange
[ ] 875 Customer Challenge 12 USC 3410
[ ] 891 Agricultural Acts
[ ] 892 Economic Stabilization Act
[ ] 893 Environmental Matters
[ ] 894 Energy Allocation Act
[ ] 895 Freedom of Information Act
[ ] 900 Appeal of Fee Determination Under Equal Access to Justice
[ ] 950 Constitutionality of State Statutes
[ ] 890 Other Statutory Actions

**REAL PROPERTY**
[ ] 210 Land Condemnation
[ ] 220 Foreclosure
[ ] 230 Rent Lease & Ejectment
[ ] 240 Torts to Land
[ ] 245 Tort Product Liability
[ ] 290 All Other Real Property

**CIVIL RIGHTS**
[ ] 441 Voting
[ ] 442 Employment
[ ] 443 Housing/Accommodations
[ ] 444 Welfare
[ ] 440 Other Civil Rights

**PRISONER PETITIONS**
[ ] 510 Motions to Vacate Sentence
[ ] 530 Habeas Corpus: General
[ ] 535 Death Penalty
[ ] 540 Mandamus & Other
**[ ] 550 Civil Rights**

**LABOR**
[ ] 710 Fair Labor Standards Act
[ ] 720 Labor/Mgmt.Relations
[ ] 730 Labor/Mgmt. Reporting & Disclosure Act
[ ] 740 Railway Labor Act
[ ] 790 Other Labor Litigation
[ ] 791 Empl. Ret. Inc. Security Act

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 Black Lung (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID Title XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 Taxes (U.S.Plaintiff or Defendant)
[ ] 871 IRS - Third Party 26 USC 7609

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite Jurisdictional statutes unless diversity.)

X **555 - 42 USC 1983 PRISONER PETITION CHALLENGING CONDITIONS OF CONFINEMENT**

____ **550 - 42 USC 1983 - PRISONER CIVIL RIGHTS**

**VII. REQUESTED IN COMPLAINT:** Check if this is a **CLASS ACTION** [ ] under F.R.C.P.23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND** [ ] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): Judge __________ Docket Number __________

DATE SIGNATURE OF ATTORNEY OF RECORD