FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3 AM 9:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY JOSEPH GRAFFIA, JR. | CIVIL ACTION |
| VERSUS | NO. 05-1634 |
| HARRY LEE, SHERIFF OF JEFFERSON PARISH, ET AL. | SECTION "C" (1) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this __29th__ day of __December__, 200_5_

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____